# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Bane Medical Supply Corp ("Bane"), located at 107 Lehner Street, Suite A, Wolfeboro, New Hampshire 03984 | ) ) ) ) ) ) ) Case No. 24-mj- 216-01-AJ |

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A-1

located in the _____ District of _____New Hampshire_____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B-1

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 1347 | - Health Care Fraud |
| 18 USC 1343 | - Wire Fraud |
| 18 USC 1349 | - Conspiracy to Commit Health Care Fraud |
| 42 USC 132a-7(b)(1)(a) and 1320a-7(b)(2)(a) | - Payment or Receipt of Health Care Kickbacks |
| 18 USC 371 | - Conspiracy to Pay or Receive Illegal Remunerations/Defraud the United States |

The application is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Erika Broadhurst
*Applicant's signature*

Erika Broadhurst, HHS-OIG
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by ___telephonic means___ *(specify reliable electronic means)*.

Date: **Sep 3, 2024**

*Andrea K. Johnstone*
*Judge's signature*

City and state: Concord, New Hampshire    Andrea K. Johnstone, United States Magistrate Judge
*Printed name and title*